UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  )  v. ) TREVOR FERGUSON ) | Cr. No. 1:12-cr-00266-005 (RWR)  **(UNDER SEAL)** |

<b><u>NOTICE OF FILING</u></b>

COMES NOW, the defendant, by and through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to file as part of the record in this case the attached correspondence sent to counsel for the United States as reflected in the certificate of service for this notice.

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Trevor Ferguson
Law Office of J.R. Conte
400 Seventh St, N.W., #400
Washington, D.C. 20004
Phone:       202.638.4100
Fax:         202.628.0249
E-mail:      dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Mail to all parties this 11th day of March 2013.

                                                _____

Joseph R. Conte, Bar #366827
Counsel for Trevor Ferguson
Law Office of J.R. Conte
400 Seventh St, N.W. #400
Washington, D.C. 20004
Phone:   202.638.4100
Fax:   202.628.0249
E-mail:   dcgunlaw@gmail.com