UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:12-cr-266 (RWR) |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| SERGIO GONZALEZ-BENCOMO, | : | |
|    a.k.a. "Juan Manuel Rivas," | : | |
|    a.k.a. "Mane," | : | |
|    a.k.a. "Manny," | : | |
|    a.k.a. "Cuba," | : | |
| | : | |
| ORAL GEORGE THOMPSON, | : | |
|    a.k.a. "Chad," | : | |
| | : | |
| DARIO DAVIS, | : | |
|    a.k.a. "D," and | : | |
| | : | |
| TREVOR FERGUSON, | : | |
|    a.k.a. "Shub," | : | |
|    a.k.a. "Shubba," | : | |
|    a.k.a. "730," | : | |
| | : | |
|    Defendants. | : | |

**STATUS REPORT REGARDING GOVERNMENT'S
EXTRADITION REQUESTS TO COLOMBIA**

The United States, by and through the undersigned attorney, submits to the Court, as requested, a Report regarding the status of the Government's extradition requests to the Government of Colombia for Defendants Sergio Gonzalez-Bencomo ("Gonzalez-Bencomo") and Oral George Thompson ("Thompson") in connection with the prosecution of those defendants in the above-captioned criminal case. As part of the Status Report, the Government states the following:

1.      On December 12, 2012, a federal grand jury in the District of Columbia returned a one-count indictment in criminal case number 12-cr-266 (RWR) charging five (5) Defendants including Gonzalez-Bencomo, Thompson, Dario Davis ("Davis"), and Trevor Ferguson ("Ferguson")[1] with conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine on board an aircraft owned by a United States citizen and registered in the United States, and aiding and abetting, in violation of 21 U.S.C. §§ 959(b), 960 and 963, and 18 U.S.C. § 2.  The Indictment also included forfeiture allegations naming all of the defendants.  On December 12, 2012, Judge John Facciola, United States Magistrate Judge for the District of Columbia, ordered the issuance of warrants for the arrest of the defendants on the charges in the Indictment.

2.      The Defendants including Gonzalez-Bencomo, Thompson, Davis, and Ferguson are members of a high-level drug transportation organization responsible for conspiring to transport on board aircraft registered in the United States multi-thousand kilogram quantities of cocaine.  As a result of email communications obtained pursuant to federal search warrants in this investigation, lawful wiretaps in Colombia, information from confidential sources, consensually-recorded conversations, and documents and photographs provided to the Government by Bahamian, Haitian and Colombian law enforcement authorities, the United States has learned that, between May 2011 and December 2012, the Defendants and others arranged to transport between 2,400 and 4,500 kilograms of cocaine on-board the United States registered aircraft bearing tail number N157PA (hereinafter, "the N157PA aircraft") from the

---

[1] As the criminal case of the fifth defendant charged in Indictment CR 12-266 (RWR) remains under seal at this time, the name of that defendant is not identified in this Status Report.

Colombia-Venezuela border to Honduras.

3. On February 26, 2013, the United States submitted requests to the Government of Colombia for the provisional arrests pursuant to Colombian law of Cuban citizen defendant Gonzalez-Bencomo and Jamaican citizen defendant Thompson pending the submission of formal extradition documents by the United States. On March 26, 2013, pursuant to those requests, Colombian law enforcement officers arrested Gonzalez-Bencomo and Thompson in Colombia pursuant to provisional arrest warrants.

4. On May 16, 2013, the United States Department of Justice transmitted to the United States Department of State, Legal Adviser's Office, Law and Intelligence Unit, certified formal extradition documents, including Spanish language translations, for the extradition of Gonzalez-Bencomo and Thompson. On May 20, 2013, the State Department's Legal Advisor's Office mailed the authenticated formal extradition documents for the defendants to the United States Embassy, Bogota, Colombia (U.S. Embassy Bogota). On May 24, 2013, U.S. Embassy Bogota presented to the Government of Colombia, Ministry of Justice, the formal extradition documents for the defendants.

5. According to U.S. Embassy Bogota, on June 6 and June 10, 2013, respectively, the Colombian Ministry of Justice submitted to the Colombian Supreme Court the formal extradition requests of the United States for Gonzalez-Bencomo and Thompson in this criminal case. The Colombian Supreme Court is responsible for ruling on the extradition requests made to the Government of Colombia by foreign governments, including ruling on defendants' requests to expedite their extraditions, referred to as simplified extradition.

6. At this time, U.S. Embassy Bogota advises that it has not been notified by the

Colombian Supreme Court, or defense attorneys for Defendants Gonzalez-Bencomo or Thompson whether either defendant has sought, or intends to seek, simplified extradition as permitted under Colombian law.  According to Embassy personnel, in general, if a defendant pending extradition to the United States from Colombia chooses to seek simplified extradition, U.S. Embassy Bogota is advised approximately 45 to 60 days after submission of the formal extradition documents to the Colombian Supreme Court.

      Respectfully submitted, this 14th day of June 2013.

                        Arthur Wyatt, Chief
                        Narcotic and Dangerous Drug Section
                        Criminal Division
                        U.S. Department of Justice
                        Washington, D.C. 20530

By:   _____
            Paul Joseph
            Trial Attorney
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            Washington, D.C. 20530
            202-514-9644
            Paul.Joseph2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of June 2013, I sent the foregoing STATUS REPORT REGARDING GOVERNMENT'S EXTRADITION REQUESTS TO COLOMBIA to Dani Jahn, Attorney, Federal Public Defender, Counsel for Defendant DARIO DAVIS, and Joseph Roll Conte, Attorney, Counsel for Defendant TREVOR FERGUSON, by e-mail to Ms. Jahn's and Mr. Conte's e-mail addresses, dani_jahn@fd.org and dcgunlaw@gmail.com, respectively.

Respectfully submitted,

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section

By: _____

Paul Joseph (D.C. Bar # 448495)
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice / Criminal Division
145 N Street, Northeast
Second Floor, East Wing
Washington, DC 20530
Office: (202) 514-9644
Fax: (202) 514-0483
Paul.Joseph2