## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>) |
| v. | )    Cr. No. 1:12-cr-00266-005 (RWR)<br>) |
| TREVOR FERGUSON | )    **(UNDER SEAL)**<br>)<br>) |

### MOTION TO DISMISS OR ALTERNATIVELY
### FOR SEVERANCE AND A SPEEDY TRIAL

COMES NOW, the defendant, by and through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to dismiss the indictment under the Speedy Trial Act (18 U.S.C. §3161 *et seq.* or alternatively to sever the defendant from the co-defendants and schedule a speedy trial. As grounds for this motion counsel would state:

1. The defendant was brought to this country in March 2013, and made his initial appearance on March 7, 2013.

2. The defendant is charged with co-defendants Sergio Gonzalez-Bencomo and Oral George Thompson. Both Messrs. Gonzalez-Bencomo and Thompson are in custody in Columbia and are awaiting extradition.

3. On September 13, 2013, the United States filed a status report with the court. In

its submission the United States indicated that "Based on prior experience and discussions with U.S. State Department officials, extraditions of defendants from Colombia to the United States take approximately 8 to 12 months from the submission of the formal extradition documents. The United States transmitted the formal extradition documents to the Government of Colombia in this case on May 24, 2013." In short there is no hard evidence as to when the co-defendants will arrive in the United States.

4. Under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) time can be excluded under the Speedy Trial Act for "A reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

5. The defendant has been incarcerated in excess of six (6) months and no trial date has been set. The United States is unable to provide any definitive information as to when the codefendant's will be extradited to the United States. Even assuming that the codefendants are brought here in eight (8) months they would not arrive here until January 2014. At that time attorneys would have to be appointed and discovery provided. An extended delay while counsel for the codefendants review discovery would be necessary.

6. Even assuming the most expeditious extradition of the codefendants and review of discovery by their counsel a trial date in the spring of 2014 would appear to be the earliest the defendant could be brought to trial. At that time the defendant will have been incarcerated for over one year without a trial.

WHEREFORE counsel for the defendant respectfully requests that the instant indictment be dismissed or in the alternative that the defendant be severed, under Rule 14 of the

Federal Rules of Criminal Procedure, from his codefendants and a trial date be set.

                                Respectfully submitted,

                                _____
                                Joseph R. Conte, Bar #366827
                                Counsel for Trevor Ferguson
                                Law Office of J.R. Conte
                                400 Seventh St, N.W., #400
                                Washington, D.C. 20004
                                Phone:     202.638.4100
                                Fax:       202.628.0249
                                E-mail:     dcgunlaw@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Mail to all parties this 19th day of September 2013.

                                _____
                                Joseph R. Conte, Bar #366827
                                Counsel for Trevor Ferguson
                                Law Office of J.R. Conte
                                400 Seventh St, N.W. #400
                                Washington, D.C. 20004
                                Phone:     202.638.4100
                                Fax:       202.628.0249
                                E-mail:     dcgunlaw@gmail.com