UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>TREVOR FERGUSON     )<br>) | Cr. No. 1:12-cr-00266-005 (RWR)<br><br>(UNDER SEAL) |

### MEMORANDUM IN RESPONSE TO COURT ORDER

COMES NOW, the defendant, by and through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to state to the court the following:

1. On December 24, 2013, the court issued an order advising counsel that the case would be unsealed and requiring counsel for the government and the defendant to file with the court a memorandum identifying all prior filings in this case that should not be unsealed in their entirety.

2. Counsel for defendant Ferguson has filed no documents which should not be unsealed in their entirety.

Respectfully submitted,

Joseph R. Conte, Bar #366827
Counsel for Trevor Ferguson
Law Office of J.R. Conte
400 Seventh St, N.W., #400
Washington, D.C. 20004
Phone:     202.638.4100
Fax:         202.628.0249
E-mail:    dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by Electronic Mail to all parties this 26th day of December 2013.

 

/s/ Joseph R. Conte
_____
Joseph R. Conte, Bar #366827
Counsel for Trevor Ferguson
Law Office of J.R. Conte
400 Seventh St, N.W. #400
Washington, D.C. 20004
Phone:    202.638.4100
Fax:       202.628.0249
E-mail:   dcgunlaw@gmail.com